# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR ALZOKARI,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civ. A. No. 20-937 (TSC) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Extension of Time and the entire record herein, it is hereby **ORDERED** that Defendants' Motion be and is hereby **GRANTED**; and it is **FURTHER ORDERED** that the deadline for Defendants' Answer to the Complaint shall be extended until July 31, 2020.

**SO ORDERED**.

_____  
Date

_____  
United States District Judge