# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR ALZOKARI,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civ. A. No. 20-937 (TSC) |

## [REVISED JOINT PROPOSED] ORDER

Upon consideration of Defendant's Motion for Extension of Time, Plaintiff's Opposition, and Defendant's Reply, it is hereby **ORDERED** that the Court grants Defendant's Motion, as modified by the Reply; and it is **FURTHER ORDERED** that the Court adopts the parties' joint proposed schedule that Defendant filed with its Reply; and it is **FURTHER ORDERED** that the parties shall adhere to the following schedule for further proceedings in this matter:

- The parties shall confer and file a joint motion for a stipulated protective order on or before July 17, 2020;

- Defendant shall file its motion to dismiss the complaint on or before August 17, 2020;

- Simultaneously with the filing of its motion to dismiss, Defendant will produce to Plaintiff a certified administrative record and file a certified list of the contents of the administrative record with the Court in accordance with Local Civil Rule 7(n);

- Plaintiff shall file its opposition to Defendant's motion on or before September 16, 2020; and

- Defendant shall file its reply on or before October 7, 2020.

_____  
Date

_____  
United States District Judge