UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR ALZOKARI,<br><br>   *Plaintiff*,<br><br>     v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>   *Defendant*. | Civ. A. No. 20-937 (TSC) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), the United States Department of State ("State"), through undersigned counsel, respectfully moves the Court for an extension of time of approximately fourteen (14) days within which to file its Motion to Dismiss, up to and including Monday, August 31, 2020.

**BACKGROUND**

1. On June 17, 2020, this Court ordered Defendant to file its motion to dismiss the complaint on or before August 17, 2020. Simultaneously with the filing of its motion to dismiss, Defendant is to produce to Plaintiff a certified administrative record and file a certified list of the contents of the administrative record with the Court in accordance with Local Civil Rule 7(n). *See* Minute Order dated June 17, 2020.

**BASIS FOR EXTENSION REQUEST**

2. Defendant respectfully requests a 14 day extension to file their motion to dismiss and file a certified list of the contents of the administrative record with the Court. The newly assigned AUSA, Heather Graham-Oliver, requests the additional time to prepare the motion because previously assigned counsel has a family emergency and is on extended leave.

## ADDITIONAL REQUIRED INFORMATION

3. This is Defendants second request for an extension of time.

4. Pursuant to Local Civil Rule 7(m), counsel for the Defendants has conferred with Plaintiff's counsel; and Plaintiff's counsel does not oppose the 14-day extension.

Accordingly, Defendants respectfully request that the Court grant a 14-day extension of time to file its motion to dismiss, up to and including August 31, 2020.

A proposed Order is herewith attached

.

|  |  |
|---|---|
| Dated: August 14, 2020 | Respectfully submitted, |
|  | MICHAEL R. SHERWIN<br>Acting United States Attorney |
|  | DANIEL F. VAN HORN<br>D.C. Bar No. 924092<br>Chief, Civil Division |
|  | /s/ Heather Graham-Oliver<br>Heather Graham-Oliver<br>Daniel P. Schaefer<br>Assistant United States Attorneys<br>555 4th Street, N.W.<br>Washington, DC 20530<br>202-252-2520<br>202-252-2531<br>Heather.graham-oliver@usdoj.gov<br>Daniel.Schaefer@usdoj.gov |
|  | *Counsel for Defendant* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR ALZOKARI,<br><br>    *Plaintiff*,<br><br>          v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    *Defendant*. | Civ. A. No. 20-937 (TSC) |

## [PROPOSED] ORDER

Upon consideration of Defendants' unopposed motion for extension of time, it is hereby **ORDERED** that Defendants' motion is **GRANTED**; and the deadline for the Defendant's motion to dismiss extended to August 31, 2020.

_____          _____
Date                                                          United States District Judge