UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR ALZOKARI,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 20-937 (TSC) |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant the United States Department of State, by and through undersigned counsel, respectfully moves this Court to dismiss the above-captioned matter for failure to state a claim upon which relief can be granted. Because grant of this motion would be fully dispositive of the above-captioned civil action, the duty to confer pursuant to Local Civil Rule 7(m) does not apply. A proposed order is submitted herewith.

Dated: August 31, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By: /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
D.C. Bar No. 996871
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2531
daniel.schaefer@usdoj.gov

*Counsel for Defendant*